

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE NEW YORK 13202 · P 315 422 1391 · F 315 422 3549♦

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
CHRISTINE WOODCOCK DETTOR
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JAMES L. SONNEBORN
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.

OF COUNSEL:
EDWARD S. GREEN ‡
GARY J. LAVINE **
JACK R. LEBOWITZ
SIDNEY L. MANES

VALERIE L.F. ALBERTO
CECELIA R.S. CANNON
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
EMILEE K. LAWSON HATCH ***
KIM V. HEYMAN ††
DAFNI S. KIRITSIS
SARA E. LOWENGARD
DAVID C. TEMES

ROBERT D. MCAULIFFE
1993-1995

DAVID A. YAFFEE
1986-2004

ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO MA BAR ***
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

WWW.GSLAW.COM

November 25, 2009

U. S. Bankruptcy Court Clerk
Northern District of New York
230 Alexander Pirnie Federal Building
10 Broad Street
Utica, New York 13501

Re:   Timothy J. Mulcahey
      Case No. 08-33206

Dear Clerk:

Enclosed please find a check in the amount of $5.43 representing a small disbursement in the above referenced case. I have also enclosed, for your conveince, a Small Check Disbursement Report.

If you have any questions, please do not hesitate to contact me.

Very truly yours,
GREEN & SEIFTER, ATTORNEYS, PLLC

Carolynn A. Murphy
Paralegal

CAM/
Enclosure
CAM1325223.1

**RECEIVED**
NOV 3 0 2009
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**FILED**
NOV 3 0 2009
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Receipt # 61000074

Printed: 11/25/09 01:46 PM

# Claims Distribution Small Checks

Page: 1

Case: 08-33206 - MULCAHEY, TIMOTHY J.

Trustee: MICHAEL J. BALANOFF (520830)

| Account No. | Check No. | Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 312232231566 | 109 | 11/16/09 | | Payee: | U.S. BANKRUPTCY COURT CLERK | | | Check Amount: | $5.43 |
| | | 4 | 05/13/09 | 610 | Onondaga Beverage Company<br>PO Box 4921<br>Syracuse, NY 13221-4921 | 85.90 | 85.90 | 1.86 | 1.86 |
| | | 7 | 07/09/09 | 610 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 165.79 | 165.79 | 3.57 | 3.57 |

(*) Denotes objection to Amount Filed